## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS RIVERA o/b/o V.A.R., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | NO. 21-cv-03845-RAL |
| Commissioner of Social Security, | : | |

## O R D E R

**AND NOW** this 27th day of October 2022, upon consideration of the parties'

submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 10) is **GRANTED**, and the matter is

   **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to

   the Commissioner of Social Security for further proceedings consistent with

   the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed

   contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993);

   *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including

   statistics.


     *s/ Richard A. Lloret*
**HON. RICHARD A. LLORET**
**United States Magistrate Judge**